THOMAS H. McGINTY v. THOMAS E. KELLEY.[1]

December 23, 1901.

Nos. 12,791—(156).

Order not Appealable.

An order of the district court denying a motion to affirm an order of the probate court allowing the account of an executor is not appealable.

The probate court for Renville county, over the objections of plaintiff, made an order approving and allowing the account of defendant, as executor of the estate of Thomas G. Kelley, deceased, from which order plaintiff appealed to the district court for said county. From an order entered upon the minutes of the district court denying a motion to affirm the order of the probate court, defendant appealed to the supreme court. Dismissed.

*S. R. Miller* and *F. C. Irwin*, for appellant.

*John J. Schoregge*, for respondent.

PER CURIAM.

This is an appeal from an order of the district court denying the appellant's motion to affirm an order of the probate court allowing the account of an executor, from which the respondent had appealed. The order is not appealable. It does not involve the merits of the action, or any part thereof. It is not an order which, in effect, determines the case, and prevents a judgment from which an appeal may be taken, or a final order affecting a substantial right in a special proceeding. Kelly v. Hopkins, 72 Minn. 258, 75 N. W. 374.

Appeal dismissed.

[1] Reported in 88 N. W. 430.